UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| AARON MARSTON AND JUDY MARSTON, | ) ) ) | CIV. 09-5055-JLV |
| Plaintiffs, | ) ) ) | JUDGMENT OF DISMISSAL |
| vs. | ) ) ) | |
| UNITED STATES OF AMERICA; UNITED STATES FOREST SERVICE; THOMAS J. VILSACK, Secretary, United States Department of Agriculture; ABIGAIL R. KIMBELL, Chief, United States Forest Service, CRAIG BOBZIEN, Forest Service Supervisor, Black Hills National Forest; and LYNN KOLUND, District Ranger, Hell Canyon Ranger District, Black Hills National Forest, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

Pursuant to the parties' stipulation for compromised settlement and release of Federal Tort Claims Act claims pursuant to 28 U.S.C. § 2677 and dismissal with prejudice (Docket 59), it is hereby

ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice with each party bearing their own costs, fees, and expenses.

Dated August 17, 2010.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE